**FILED**

JUN - 2 2004

AO 440 (Rev. 5/85) Summons in a Civil Action

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

SOUTH CAROLINA

DISTRICT OF ——————

CHARLESTON DIVISION

James LaRue,

        Plaintiff,

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: 2:04-1747-18

DeWolff, Boberg & Associates, Inc. and
The DeWolff, Boberg & Associates Employees'
Savings Plan,

        Defendants.

TO: (Name and Address of Defendant)

DeWolff, Boberg & Associates, Inc.
102 Professional Building
Hilton Head Island, SC 29928

The DeWolff, Boberg & Associates
Employees' Savings Plan
102 Professional Building
Hilton Head Island, SC 29928

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve

upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Hoskins, Esq.
Foster Law Firm, LLP
PO Box 2123
Greenville, SC 29602

William C. Cleveland, III, Esq.
Buist·Moore·Smythe·McGee, P.A.
PO Box 999
Charleston, SC 29402

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**LARRY W. PROPES**

JUN - 2 2004

CLERK

BY DEPUTY CLERK

DATE

